IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No. 07-cv-00389-MJW-BNB**

ERNA GANSER,

Plaintiff(s),

v.

ROBERT GANSER,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Unopposed Motion in Limine Regarding Evidence of Compromise and Offers to Compromise, (DN 40) filed with the Court on April 14, 2008, is GRANTED.

    Further, it is ORDERED that the Unopposed Motion in Limine Regarding Liability Issues, (DN 41), filed with the Court on April 14, 2008, is GRANTED.

Date: April 17, 2008