IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No. 07-cv-00389-MJW-BNB**

ERNA GANSER,

Plaintiff(s),

v.

ROBERT GANSER,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that Defendant's Motion In Limine to Exclude Evidence Concerning Impairment Rating (docket no. 42) is GRANTED for the reasons stated in the subject motion (docket no. 42). In addition, the court also finds that Plaintiff has failed to file any timely objection to this motion and this court deems the motion confessed. Plaintiff is precluded at trial to present any testimony, documents or other evidence, direct or indirect, referring to any impairment rating Plaintiff has been given as a result of her alleged injuries.

Date: June 9, 2008